MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANTRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-00770-DMC<br><br>**<u>ORDER TO EXTEND TIME</u>** |

    Parties hereby file this Stipulation for an extension of 30 days for Defendant to respond to Plaintiff's Motion for Summary Judgment, making the Defendant's response due to be filed on January 6, 2020, with all other deadlines extended according to the case management order.

    Defendant requests this extension due to an unusually high workload. Since October 23, 2019, Defendant has completed filings on the merits of ten district court matters, as well work as lead in the office's Privacy and Disclosure practice. This is defendant's first extension request.

                               Respectfully submitted,

Dated: November 25, 2019              MCGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                BY:   */s/ Patrick Snyder*
                                      PATRICK SNYDER
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

Dated: November 26, 2019

                                BY:   */s/ Meghan O. Lambert*
                                      MEGHAN O. LAMBERT (as
                                      authorized by email on 11.26.19)
                                      Attorneys for Plaintiff

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

Dated: December 3, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE