MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANTRELL,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-00770-DMC<br><br>**<u>ORDER TO EXTEND TIME</u>** |

    Parties hereby file this Stipulation for an extension of 30 days for Defendant to respond to Plaintiff's Motion for Summary Judgment, making the Defendant's response due to be filed on February 5, 2020, with all other deadlines extended according to the case management order.

    Defendant needs more time to communicate with his client to determine if this case is defensible. This is Defendant's second extension. Defendant apologizes for any inconvenience to the Court or parties. The delay in seeking this extension was due to an increased end of year workload and while Defendant intended to complete briefing this past weekend, the identification of an issue requires further communication with his client before Defendant can respond.

-1-

Respectfully submitted,

Dated: January 6, 2020          MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                         BY:    */s/ Patrick Snyder*
                                PATRICK SNYDER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

Dated: January 6, 2020

                         BY:    */s/ Meghan O. Lambert*
                                MEGHAN O. LAMBERT (as
                                authorized by phone on 1/6/20)
                                Attorneys for Plaintiff

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

Dated: January 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE