McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE CANTRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-CV-00770 DMC<br><br>**STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

    As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: February 5, 2020

           McGREGOR W. SCOTT
           United States Attorney
           DEBORAH STACHEL
           Regional Chief Counsel, Region IX
           Social Security Administration

        BY:   */s/ Patrick Snyder*
           PATRICK SNYDER
           Special Assistant U.S. Attorney
           Attorneys for Defendant

Dated: February 3, 2020

        BY:   */s/ Meghan Lambert*
           MEGHAN LAMBERT
           Attorneys for Plaintiff

           (as authorized by email on 2/3/20)

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

Dated: February 13, 2020

                 DENNIS M. COTA
                 UNITED STATES MAGISTRATE JUDGE